No. 717. UNITED STATES ET AL. *v.* RADIO TELEVISION NEWS DIRECTORS ASSN. ET AL. C. A. 7th Cir. Certiorari granted and set for oral argument immediately following No. 2 [*Red Lion Broadcasting Co., Inc., et al.* v. *Federal Communications Commission et al.*, certiorari granted, 389 U. S. 968]. *Solicitor General Griswold, Assistant Attorney General Zimmerman, Henry Geller,* and *Daniel R. Ohlbaum* for the United States et al. *Archibald Cox, W. Theodore Pierson, Robert M. Lichtman,* and *Maurice Rosenfield* for Radio Television News Directors Assn. et al., *Lloyd N. Cutler, J. Roger Wollenberg, Timothy B. Dyk,* and *Herbert Wechsler* for Columbia Broadcasting System, Inc., and *Lawrence J. McKay, Raymond L. Falls, Jr., Corydon B. Dunham, Jr.,* and *Howard E. Monderer* for National Broadcasting Co., Inc., respondents.

(See also No. 719, *ante,* p. 320; No. 871, Misc., *ante,* p. 322; and No. 1029, Misc., *supra.*)

No. 332. MOSKOWITZ *v.* KINDT ET AL. C. A. 3d Cir. Certiorari denied. *Abraham J. Brem Levy* for petitioner. *Solicitor General Griswold* for respondents.

No. 400. VERES *v.* ARIZONA. Sup. Ct. Ariz. Certiorari denied. *Phillip Weeks* for petitioner. *Gary K. Nelson,* Attorney General of Arizona, and *William E. Eubank,* Chief Assistant Attorney General, for respondent.

No. 451. FORT *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied. *Marshall Patner* for petitioner. *Elmer C. Kissane* for respondent.